# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **JAMES M. BROADHEAD,** | : | |
| Plaintiff, | : | |
| vs. | : | **CIVIL ACTION NO. 10-00129-KD-B** |
| **TERESA HEINZ,** *et al.*, | : | |
| Defendants. | : | |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action is **DISMISSED** without prejudice.

**DONE** and **ORDERED** this the **8th** day of **September 2010.**

/s/ Kristi K. DuBose
**KRISTI K. DUBOSE**
**UNITED STATES DISTRICT JUDGE**